UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAVIEN J NELSON

CIVIL ACTION NO. 25-cv-443

VERSUS

JUDGE EDWARDS

SWIFT TRANSPORTATION CO OF ARIZONA L L C ET AL

MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Swift Transportation Co. of Arizona, LLC removed this civil action and attached to its notice of removal a Rule 7.1 Diversity Jurisdiction Disclosure Statement. Swift alleged that it is an LLC organized under the laws of the State of Delaware with its principal place of business in Arizona.

The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Swift must file, by **May 5, 2025**, an amended Diversity Jurisdiction Disclosure Statement that identifies its members and alleges their citizenship in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of April, 2025.

Mark L. Hornsby
U.S. Magistrate Judge